UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **TONY GARZA** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 7:24-cv-6 |
| | § | |
| **DOLGENCORP OF TEXAS, INC.** | § | |
| *Defendant.* | § | |

### DEFENDANT DOLGENCORP OF TEXAS, INC.'S NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT JUDGE:

Defendant DOLGENCORP OF TEXAS, INC. (Dollar General) hereby removes this lawsuit, which is currently pending in the 93rd Judicial District in Hidalgo County, Texas, Cause Number C—4450-23-B to the United States District Court for the Southern District of Texas, McAllen Division, under this Court's diversity jurisdiction, and would respectfully show the Court as follows:

#### BACKGROUND FACTS

1. On October 24, 2023, Plaintiff filed his Original Petition in Texas state court. **See Exhibit A.** Plaintiff alleged that he slipped and fell on April 3, 2022, on thawed shrimp on the floor inside the Dollar General premises located at 701 US-281, Progresso, Texas 78579. Plaintiff alleged causes of action for negligence. Plaintiff demanded monetary relief of $250,000.00 but not more than $1,000,000.00.

2. Plaintiff has not served DOLGENCORP OF TEXAS, INC. with Plaintiff's Original Petition at this time.

3. The docket sheet for the state court action is attached to this notice. **See Exhibit B**

{00923535}

## GROUNDS FOR REMOVAL

4. This Court has original jurisdiction of this suit based on 28 U.S.C. § 1332(a) because this suit involves a controversy between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

### A. Citizenship of the Parties

5. Plaintiff, TONY GARZA is a natural person who resides in Texas. **See Exhibit A, p. 1.** Plaintiff has not pled any other facts of his residency, intention to leave Texas, or domiciles in other States. Accordingly, Defendant asserts that absent the same, Plaintiff's citizenship at the time of the filing of the suit and at the time of removal is properly established as the State of Texas. See *Hollinger v. Home State Mut. Ins. Co.*, 654 F.3d 564, 571 (5th Cir. 2011).

6. DOLGENCORP OF TEXAS, INC. is considered a citizen of (1) every U.S. state and foreign state where it is incorporated, and (2) the U.S. state or foreign state where it has its principal place of business. See 28 U.S.C. § 1332(c)(1). DOLGENCORP OF TEXAS, INC. is incorporated in the state of Kentucky and has its principal place of business at 100 Mission Ridge, Goodlettsville, TN 37072, therefore is a citizen of Kentucky and Tennessee.

### B. Amount in Controversy

7. The party seeking federal jurisdiction must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. *Grant v. Chevron Phillips Chem. Co. L.P.,* 309 F.3d 864, 868 (5th Cir. 2002). The removing party may satisfy its burden by either (1) demonstrating that it is "facially apparent" from the petition that the claim likely exceeds $75,000.00, or (2) "by setting forth the facts in controversy—preferably in the removal petition,

but sometimes by affidavit—that support a finding of the requisite amount." *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).

8. Here, it is facially apparent from Plaintiff's original petition that the claim exceeds $75,000.00. Specifically, Plaintiff alleges he seeks monetary relief of $250,000.00 but not more than $1,000,000.00. **See Exhibit A.**

## REMOVAL IS PROCEDURALLY PROPER

9. This notice of removal is timely filed within (30) days after service of process upon Defendants. 28 U.S.C. § 1441(b)(1).

10. Venue is proper in this Court under 28 U.S.C. §1441(a) because this District and Division of this Court embraces Hidalgo County, Texas, the place where the state court action was filed.

11. Defendant has not yet been served. See 28 U.S.C. §1446(a). The Original Petition in the state court action and the state court's docket sheet are attached to this Notice of Removal.

12. Pursuant to 28 U.S.C. §1446(d), Defendant will provide a true and correct copy of this Notice of Removal to Plaintiff and to the District Clerk of Hidalgo County.

## ATTACHMENTS

13. The Pursuant to 28 U.S.C. § 1446(a), Local Rule 3 and Local Rule 81, Southern District of Texas, Defendant includes with its notice of removal the following attachments, which are incorporated herein by reference:

- Civil Action Cover Sheet
- Index of matters being filed
- Exhibit A: Plaintiff's Original Petition (only pleading in case)
- Exhibit B: Docket Sheet

- List of all Counsel of Record including addresses, telephone numbers and parties represented.

WHEREFORE, Defendant DOLGENCORP OF TEXAS, INC. requests the Court accept jurisdiction over this case for the reasons set forth above, and grant Defendant any such other and further relief to which they show themselves justly entitled.

Respectfully submitted,

*/s/ Heather A. Abreu*
**Michael M. Novak**
State Bar No. 24092905
SD Bar No. 3084746
mnovak@valdeztrevino.com
**Heather A. Abreu**
State Bar No. 24122577
SD Tex. Bar No.: 35655151
habreu@valdeztrevino.com
*Counsel for Defendant*

**VALDEZ & TREVIÑO ATTORNEYS AT LAW, P.C.**
Callaghan Tower
8023 Vantage Drive, Suite 700
San Antonio, Texas 78230
Phone: 210–598–8686
Fax: 210–598–8797

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing instrument was served on the following counsel on January 8, 2024 pursuant to Rule 5.4 Federal Rules of Civil Procedure, via electronic service:

Jeramie Gertz
HERRMAN & HERRMAN, PLLC
The Herrman Building
1201 Third Street
Corpus Christi, Texas 78404
jgertz@herrmanandherrman.com
litigaiton@herrmanandherrman.com
*Counsel for Plaintiff*

                                            */s/ Heather A. Abreu*
                                            **Heather A. Abreu**